**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RE: Justin K Bright, Christina L Bright,** | **BK NO. 25-13266-djb** |
| **DebtorS** | |
| **CrossCountry Mortgage, LLC,** | **Chapter 13** |
| **Movant** | |
| | **Confirmation Hearing Date: 2/12/2026** |
| **vs.** | |
| **Justin K Bright,** | |
| **Christina L Bright,** | |
| **Kenneth E. West, Trustee      Respondents** | |

**OBJECTION OF CROSSCOUNTRY MORTGAGE, LLC**
**TO CHAPTER 13 PLAN**

CrossCountry Mortgage, LLC, (hereinafter Secured Creditor), objects to confirmation of Debtor's Amended Chapter 13 Plan and asserts in support of its Objection as follows:

1.      Debtors' Amended Plan does not treat Creditor's prepetition arrearage claim of $21,929.50 as set forth in its Proof of Claim filed in this case on September 16, 2025, as claim (10-1).

2.      Additionally, the Plan fails to correctly treat Creditor in violation of 11 U.S.C. Section 1302(b)(3). Creditor's prepetition arrearage claim of $21,929.50 is treated through an alleged loan modification in the Plan. Creditor requests that its prepetition arrearage claim be treated in the Plan as the loan modification is not finalized.

3.      Confirmation of the Plan should be denied until Debtors amend the Plan to properly treat Creditor's claim.

4.      Creditor reserves the right to raise any failure of Debtors to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

5.      Confirmation of the Plan is not feasible and at best premature.

6.      Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, the Creditor, CrossCountry Mortgage, LLC, prays that the Court deny confirmation of the Debtors' Plan.

Respectfully submitted,

Date: January 14, 2026

/s/Mark  Cronin_____
Mark  Cronin
Pennsylvania BAR NO. 58240
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
215-402-6989

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Justin K Bright, Christina L Bright,**

**Debtors**

**CHAPTER 13**
**BK. NO. 25-13266-djb**

**CrossCountry Mortgage, LLC,**

**Movant**

**vs.**

**Justin K Bright, Christina L Bright,**
**Kenneth E. West, Trustee**

**Respondents**

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by firs tclass mail, postage pre-paid, upon the parties listed below on **January 14, 2026.**

**Chapter 13 Trustee**
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
VIA ECF

**Debtors' Attorney**
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
VIA ECF

**Debtors**
Justin K Bright
Christina L Bright
403 Inkwell Ct
Oxford, PA 19363
VIA U.S. MAIL

Dated: January 14, 2026

By: */s/Mark Cronin*_____
Mark Cronin
Attorney for Movant