**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JUSTIN K BRIGHT AND** | ) | **CASE NO.: 25-13266-djb** |
| **CHRISTINA L BRIGHT** | ) | **CHAPTER 13** |
| | ) | **JUDGE DEREK J BAKER** |
| | ) | |
| **DEBTORS** | ) | |
| | ) | |
| **CROSSCOUNTRY MORTGAGE, LLC** | ) | |
| | ) | |
| **MOVANT** | ) | |
| | ) | |
| **JUSTIN K BRIGHT AND** | ) | |
| **CHRISTINA L BRIGHT, DEBTORS** | ) | |
| **KENNETH E. WEST, TRUSTEE** | ) | |
| | ) | |
| **RESPONDENTS** | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

CrossCountry Mortgage, LLC has filed a Motion to Approve Partial Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion, then on or before **June 29, 2026,** you or your attorney must do all of the following:
(a)    file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to Movant's attorney:
Mark  Cronin
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076
215-402-6989
mark.cronin@mccalla.com

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b)

above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.      You may contact the Bankruptcy Clerk's office at 570-831-2500 to find out whether the hearing has been canceled because no one filed a response.

Mark  Cronin
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street
Suite 725
Philadelphia, PA 19106
215-402-6989
/se

June 8, 2026